# United States District Court
# for the Southern District of Georgia
# Statesboro Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:48 pm, Nov 01, 2018

UNITED STATES OF AMERICA,  )
)
v.                         )     CR 610-001
)
KEVIN LAMONT GOURDINE,     )
)
    Defendant.           )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 387, to which objections have been filed, dkt. no. 388. The objections filed by Gourdine are without merit. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The appeal is not taken in good faith, and his request to proceed *in forma pauperis* on appeal, dkt. no. 383, is likewise without merit and **DENIED**.

**SO ORDERED** this 1st day of November, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA