FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:30 am, Sep 22, 2020

# United States District Court
# for the Southern District of Georgia
# Statesboro Division

UNITED STATES OF AMERICA,

v.

KEVIN LAMONT GOURDINE,

    Defendant.

CR 610-001

## ORDER

The Court of appeals having dismissed Defendant Kevin Gourdine's appeal for lack of prosecution, the Court adopts the finding of facts and conclusions of law contained in its Indicative Order.  See Dkt. No. 422.  Accordingly, the Court Orders as follows:  Gourdine's motion to supplement his renewed motion for compassionate release, dkt. no. 414, is **GRANTED**. Gourdine's motion for copies, dkt. no. 412, is **GRANTED**.  The Clerk previously mailed Gourdine a copy of his motion, dkt. no. 410, as well as his supplement thereto, dkt. no. 414. Gourdine's renewed motion for compassionate release, dkt. no. 410, is **DISMISSED** for lack of jurisdiction.  Alternatively, Gourdine's renewed motion for compassionate release is **DENIED**.

Since the Court issued its Indicative Order, Gourdine filed a motion for reconsideration of the Court's Order dismissing his motion for compassionate release for lack of jurisdiction or, alternatively, denying the motion for failure to show

"extraordinary and compelling reasons" under 18 U.S.C. § 3582(c). Dkt. No. 423. Gourdine explains that he has continued to participate in the administrative remedy process and that he is currently awaiting the Bureau of Prisons' response to his Regional Appeal. Id. at 1. He asks the Court to "stay the proceeding pending the exhaustion of [his] administrative remedies." Id. at 3.

Gourdine's motion is **DENIED**. As explained in the Court's previous Order, the Court does not have jurisdiction to rule on a motion for compassionate release when a prisoner has failed to fully exhaust his administrative remedies. Here, Gourdine admits that he is still participating in that process. Moreover, Gourdine has provided the Court with no reason to reconsider its previous Order.

**SO ORDERED**, this 22 day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA